IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BILLY DALE LATHROP, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-07-1396-C |
| | ) | |
| WALTER DINWIDDIE, Warden, | ) | |
| | ) | |
| Respondent | ) | |

O R D E R

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on March 25, 2008. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the Respondent's Motion to Dismiss is DENIED.

IT IS SO ORDERED this 29th day of April, 2008.

ROBIN J. CAUTHRON
United States District Judge